IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES L. GLOVER : | CIVIL ACTION |
| : | |
| v. : | |
| : | |
| SCOTT FIDAAND, Chief of Police : | |
| Agency Head, HORHSAM POLICE : | |
| DEPARTMENT and OFFICER BONITA : | |
| RODRIGUEZ and Other Officers Involved : | NO. 23-2056 |

## ORDER

**NOW**, this 24th day of October, 2023, upon consideration of the Motion for Leave to Proceed *in Forma Pauperis* (Doc No. 5) and the Complaint (Doc. No. 2), it is **ORDERED** as follows:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

_____
TIMOTHY J. SAVAGE, J.